PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

ORIGINAL

**United States District Court**
FOR THE
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2008

at 3 o'clock and 52 min P M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. 00-00215DAE-012

WON YOUNG PARK

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 3/9/2008, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

SYDNEY L. FLEMING
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 10th day of April, 2008.

DAVID ALAN EZRA
U.S. District Judge