FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2002

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 00-00215 DAE-BMK |
| Plaintiff(s), ) | |
| vs. ) | |
| WON YOUNG PARK, ) | |
| Defendant(s). ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120312542 issued at Honolulu Passport Agency, on May 20, 1994 to the above-named defendant, was surrendered to the custody of the Clerk of court on July 30, 2002 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    October 2, 1968

Place of Birth:   Korea

Dated at Honolulu, Hawaii on July 19, 2002.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 08 2008
at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: May 7, 08                Signature: Won Young Park
                                          Owner of Passport